## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT JACKSON, SR.,               :
ROBERT JACKSON, JR. and            :
MAXINE V. PRIDE,                   :   CIVIL ACTION
                                   :
        Plaintiffs                 :
                                   :   NO. 18-CV-3287
        vs.                        :
                                   :
MYCHAEL ALTHOUSE,                  :
MAVIS DISCOUT TIRES, POLICE        :
OFFICER WILLIAM J. SUMMERFIELD:
POLICE OFFICER JOHN DOE and        :
HATFIELD TOWNSHIP                  :

### ORDER

AND NOW, this      6th      day of February, 2019, upon

consideration of the Motion of Defendants' Police Officer

William J. Summerfield and Hatfield Township to Dismiss Pursuant

to Fed. R. Civ. P. 12(b)(6) (Doc. No. 3) and Plaintiffs'

Response in Opposition thereto, it is hereby ORDERED that the

Motion is GRANTED IN PART and DENIED IN PART, and Plaintiffs'

claims against Hatfield Township and Third Cause of Action are

DISMISSED in their entirety with prejudice.

IT IS FURTHER ORDERED that Plaintiffs' claims against

Defendant Summerfield pursuant to Section 1983 and under

Pennsylvania state law for false arrest, false imprisonment

and/or false detainment as alleged in the First and Second

Causes of Action are also DISMISSED with prejudice.  Defendants'

1

Motion to Dismiss Plaintiffs' claim for illegal search of the

vehicle is DENIED.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,        J.